# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Felix Tapia
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

City of New York et al
_____
(List the full name(s) of the defendant(s)/respondent(s).)

1:25 cv 3626 (AT)(AL)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [✓] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I Am Layman at Civil law And this Case is to much to handle by myself pro se Requesting "Sami Elamad" And Becca Meyers.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I spoke with Sami Elamad with the "The Alantic Foundation Phone No. 646-685-3954., Can the Federal Court Grant Me Sami Elamad After he Reviews my Claim And Request to take my Case Pro Bono. I was sent these Documents to forward to Laura Taylor Swain. And I Contacted Becca Meyers At "Mcdermont will, And Emery" Phone NO. 212-547-5416, Can Also Grant Me "Becca Meyers" on this Claim.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

5-2-25
Date

Signature: Felix Tapia

TAPIA Felix
Name (Last, First, MI)

Book and Case # 2412402066
Prison Identification # (if incarcerated)

OBCC, 1600 Hazen Street, East Elmhurst NY 11370
Address       City       State   Zip Code

_____            _____
Telephone Number               E-mail Address (if available)

2

25-CV-03087
25-CV-3626

5-2-25  To: Laura Taylor Swain
Chief United States District
Judge, United States District
Court For the Southern District
of New York, 500 Pearl Street
New York NY 10007-1312

From: Felix Tapin, B&C# 2412102066
Rikers Island, OBCC
1600 Hazen Street
East Elmhurst NY 11370

RECEIVED MAY 07 2025 PRO SE OFFICE

Ref: Pro Se Counsel Representation by Pro Bono Attorney Sami Elamad on All (3) Federal Case Number-25-CV-01456, And 25-CV-03087, And 25-CV-3626 And Becca Meyers, At Mcdermont Will, And Emery PhN# 212-547-5416. My Witness's FBI And Defendants FBI Oliver And Daoglino Ready the Courts.

Dear
Laura Taylor Swain,

Can you please Grant Me Pro Bono Representation by "Sami Elamad At the Atlantic Foundation And Becca Meyers At Mcdermont Will, And Emery. Can the Courts/Judge Understand I have (3) Case's, At Once. And I'm Not to Verse At Civil Law. And My Defendants On Case No. 25-CV-01456 MR. Alberto Oliver, And Partner Ms. Rebecca Lisa Daoglino (FBI Detective's) Are Ready For the Courts, And to be Subpoenaed As Witness And Would like to Hand in Clear Evidance on Case No. 25-CV-03087, And 25-CV-3626. My Defendants/witness's Do Not Want All Case's Filed to get A Frivolous Claim, Which Are the (FBI).

Respectfully Submitted
Tapin, Felix

**ATTORNEY CLIENT PRIVILEGE**

# *The Atlantic Foundation*

April 21, 2025

**PRIVILEGED COMMUNICATION**
**LEGAL/ATTORNEY-CLIENT MAIL**

**BY U.S. FIRST-CLASS MAIL**

**Felix Tapia**
NYSID: 02253197R
B&C: 2412402066
Otis Bantum Correctional Center (OBCC)
16-00 Hazen Street
East Elmhurst, NY 11370

    Re:    Introduction/Reaching Out
              *Tapia v. Daogliao, et al.*, S.D.N.Y. no. 1:25-cv-01456-LTS

Dear Mr. Tapia,

    I am writing in response to our recent telephone conversation last week, in which you described your above-referenced litigation, including some of the underlying events that gave rise to your claims which you had briefly mentioned on our call and requesting legal assistance. Based on my understanding, you would like legal assistance/representation in the above-referenced case, which is pending in the Southern District of New York.

    As discussed, I've enclosed a pre-addressed, prepaid envelope for you to be able to write me any correspondence and send any materials that you would like me to review or take under consideration. To be clear, I have not agreed to represent you or take your case, but I am happy to look over your papers and potentially offer some feedback or guidance. Nothing in this letter or our communications should be taken to mean that we are in an attorney-client relationship.

    As you probably know, I am an attorney with The Atlantic Foundation, which is a private, nonprofit 501(c)(3) organization that provides limited legal services to underserved communities. Our office usually provides limited-scope representation through the Southern District's Pro Bono program and panel, which requires pro se litigants (like yourself) to submit an application to the court/judge for determination. I enclosed a blank pro bono counsel application for you as well as a prepaid envelope for you to mail/file your paperwork. If approved, my office is more than open to taking a closer look at your case and, if applicable, assisting you.