25-CV-01456

9-3-2025

To: Judge-Louis-L. STanTon
Pro Se Intake Unit
500 Pearl Street
New York NY 10007

From: Felix Tapia, Book & Case # 24124020066
Rikers Island OBCC
1600 Hazen street
East Elmhurst NY 11370

Subject: Please! I'm Requesting Pro Bono Assistant Counsel to Help me Amend Defendants And Complaint Case No. 25-CV-01456. I'm Also Requesting A "SRO/Severe Restraining Order" on Defendants on Claim. I'm Experiencing A Extreme Amount of life threatening Retaliation Since Filing claim and before Claim.

Dear
Your Honorable Judge-Louis-L. STanTon,
Can you please Assist me with A Federal Pro Bono Counsel to Help me Amend Case No. 25-CV-01456 I'm Not to Verse with Civil Right law or litigation. I Need to Amend the Defendants and Complaint. This Case Needs A "SRO" And Needs to be Produce Immediately Before the Retaliation Kill's me or I Do Life in prison. Thanking you in Advance For the time taking out your day And Helping me within this Matter.

Respectfully Submitted
Tapia Felix
# 24124020066

Felix TAPIA, Book & Case #24124020
Rikers Island OBCC
1600 Hazen Street
East Elmhurst NY 11370

To - Judge. Louis. L. STANTON
Pro SE Intake Unit
500 Pearl Street
New York NY 10007
ATTN 1:25-CV-01456

URGENT CLASSIFIED LEGAL MAIL