UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX TAPIA,<br><br>       Plaintiff,<br><br> -against-<br><br>REBECCA LISA DAOGLIAO et al.,<br><br>       Defendants. | 25-cv-1456 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Plaintiff Felix Tapia's motions for the court to appoint pro bono counsel are denied without prejudice. The Court dismissed Tapia's complaint on September 12, 2025, and granted leave to replead within thirty days. If and when Tapia files an amended complaint, he may renew his request for counsel.

 The Clerk of Court is respectfully directed to terminate the motions at Dkts. 18 and 19.

 SO ORDERED.

Dated: September 19, 2025
New York, New York

                  _____
                  ARUN SUBRAMANIAN
                  United States District Judge