25-CV-01456

10-1-25

To: Judge ARUN SRinivas Subramanian
Pro Se Intake unit
500 pearl Street
New York NY 10007

RECEIVED OCT -7 2025 PRO SE OFFICE

From: Felix Tapia, Book & Case # 2412402066
Rikers Island - OBCC
1600 Hazen street
East Elmhurst N.Y 11370

Subject: I Never Recieved the "SRO" Severe Restraining Order And The other ReFiling Packet in the Mail Sent out by the Pro Se Intake unit 9-15-2025 in order to make my deadline.

Ref: Asking For A Extension on deadline date

Dear Pro Se Intake unit,

I Called and left a notice with the Pro Se Intake unit worker "that I have not Recieved the legal Packet Dated 9-15-25 to File For the 30 day Deadline. Can you office please track it, or Resend it. Also Can we make A "New" Deadline date when we find which Resolution we will take since I never got this mail with the S.R.O/w Packet. I was told to write a letter.  Respectfully Submitted
Tap F

The clerk is directed to re-send the plaintiff a copy of the Court's orders from September 12 and 19 (Dkts. 31 and 32). As a courtesy, the Court will extend plaintiff's deadline to amend his complaint one final time to November 15, 2025.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 15, 2025