UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Felix Tapia,<br><br>                              Plaintiff,<br><br>            -against-<br><br>Rebeecca Daogliao, et al.,<br><br>                              Defendants. | 25-cv-1456 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court dismissed plaintiff's complaint for lack of subject matter jurisdiction on September 12, 2025. Dkt. 31. Plaintiff was granted leave to amend and replead within 30 days, and the Court directed the Clerk to keep the case open and withhold the entry of judgment. After plaintiff requested an extension, the Court extended the deadline to replead to November 15, 2025.

    To date, plaintiff has not filed a new complaint nor requested any further extension. The Clerk is therefore directed to enter the judgment of dismissal and close the case.

    SO ORDERED.

Dated: November 18, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge