**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Felix Tapia,

                Plaintiff,

   -against-                                        25 **CIVIL** 1456 (AS)

                                                        **JUDGMENT**

Rebecca Daogliao, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 18, 2025, the Court dismissed plaintiff's complaint for lack of subject matter jurisdiction on September 12, 2025. Dkt. 31. Plaintiff was granted leave to amend and replead within 30 days, and the Court directed the Clerk to keep the case open and withhold the entry of judgment. After plaintiff requested an extension, the Court extended the deadline to replead to November 15, 2025. To date, plaintiff has not filed a new complaint nor requested any further extension. Judgment of dismissal is entered; accordingly, the case is closed.

**Dated:** New York, New York

       November 20, 2025

                                                    **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                          **BY:**      K. Mango

                                                      **Deputy Clerk**